IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen
Court Reporter:  Gwen Daniel
Interpreter: Cathy Bahr

Date:  May 6, 2015
Probation: MariJo Paul and Gary Burney
Time: 50 minutes

_____

Criminal Action No.  14-cr-00408-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    REY MAUDIEL ARTIAGA-
     COLINDRES,

     Defendant.

*Counsel:*

Geoffrey Rieman

Peter Hedeen

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

11:05 a.m.    Court in Session

Appearances

Defendant is present and in custody

Oath administered to the Interpreter.

Oath administered to the defendant.

**ORDERED:**  There being no objection to the Government's Motion for An
              Additional One-Level Reduction For Acceptance of Responsibility
              Under §3E1.1 [34] the Motion is GRANTED.

1

Sentencing Statement by Mr. Rieman

Sentencing Statement by Mr. Hedeen

Defendant's Allocution

**ORDERED:  Defendant's Motion for Non-Guideline Sentence (Motion for Variance) And/Or Motion for Downward Departure [36] is GRANTED IN PART.**

> Defendant plead guilty to Count One of the Indictment on February 18, 2015.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Rey Maudiel Artiaga-Colindres, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 28 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in federal pretrial detention.**

**No period of supervised release is imposed.**

The defendant is advised that if he reenters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:  The mandatory drug testing provisions of Section 3563(a)(5) are waived because it is likely that the defendant will be removed from this country.**

**ORDERED:  The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:  The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

11:55 a.m.     Court in Recess
               Hearing concluded